IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RECOVERY EXPRESS, INC., et. al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:05cv226 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| WARREN COUNTY FRATERNAL ORDER | |
| OF POLICE, INC., et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on August 24, 2007(Doc. 27), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 14, 2007, hereby ADOPTS said Report and Recommendations.

Accordingly, the Court **DENIES** Defendant's Motion for Summary Judgement (Doc. 20).

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge